**Order entered August 12, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00369-CV

**SATFRAZ TAJ AND ZUBEDA TAJ, Appellants**

**V.**

**HIGHLANDER COMMUNITY SERVICES AND INVESTMENT, LLC, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-02669-2018**

## ORDER

Before the Court is appellee's unopposed first motion to extend time to file its brief. We

**GRANT** the motion and **ORDER** the brief be filed no later than August 26, 2019.

/s/    KEN MOLBERG
        JUSTICE